## SECOND DEPARTMENT, NOVEMBER, 1976

### (November 1, 1976)

■ SHELDON ALTER, Individually and as a Limited Partner of Philipsburg Associates, on Behalf of Himself and All Others Similarly Situated for the Benefit of Philipsburg Associates, Respondent, v WILLIAM J. O'HARE,

Appellant.—In an action to recover damages for breach of an escrow agreement, defendant appeals from an order of the Supreme Court, Westchester County, dated March 19, 1976, which granted plaintiff's motion for a protective order vacating defendant's notice of examination. Order affirmed, with $50 costs and disbursements. There has been no showing of such unusual and unanticipated conditions as would justify relaxation of the rules of this court prohibiting disclosure proceedings after a statement of readiness has been filed (see 22 NYCRR 675.7; *Cassidy v Kolonsky,* 37 AD2d 880; cf. *Calvo v Peros,* 49 AD2d 744). Martuscello, Acting P. J., Latham, Cohalan, Margett and Shapiro, JJ., concur.